ACCEPTED
01-14-00082-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/23/2015 11:55:42 AM
CHRISTOPHER PRINE
CLERK

No. 01-14-00082-CV

IN THE COURT OF APPEALS

FOR THE FIRST DISTRICT OF TEXAS

AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/23/2015 11:55:42 AM
CHRISTOPHER A. PRINE
Clerk

MARY LYNN KANTARA GERKE

V.

JAMIL "JAMES" KANTARA

**APPELLEE'S RESPONSE TO APPELLANT'S RESPONSE TO APPELLEE'S MOTION TO STRIKE BRIEF OF APPELLANT**

TO THE HONORABLE COURT OF APPEALS:

Appellee, Jamil "James" Kantara ("James"), files this *Appellee's Response to Appellant's Response to Appellee's Motion to Strike Brief of Appellant.*

1. Appellant, in paragraph 4 of her *Response to Appellee's Motion to Strike Brief of Appellant*, states the original *Appellant's Brief* filed pro se on December 9, 2014 by Appellant was labeled as "received" and not "filed" on this Court's website.

2. Appellant fails to point this Court to the first page of *Appellant's Brief* where it is clearly file stamped "Filed in the 1st Court of Appeals, Houston, Texas, December 9, 2014, Christopher Prine, Clerk."

3. Additionally, in paragraph 2 of her *Response*, Counsel for Appellant knew Appellant filed her *Appellant's Brief* pro se.

4. Neither Appellant nor Appellant's counsel attempted to withdraw *Appellant's Brief* prior to the date *Appellee's Brief* was due.

5. Appellant further argues, "this Court never generated notice to counsel that Appellant's Brief had been filed or that Appellee's Brief was due."

6. While it is greatly appreciated by all who come before this Court, this Court's diligence in notifying all parties when briefs are due is not required by the Rules. Failure by this Court to notify a party when a brief is due does not extend the appellate timelines. TRAP 9.5(a) requires the filing party to serve notice of all filings on all parties. Appellant timely notified Appellee she filed her brief.

7. Appellee filed his Response to Appellant's Brief within the timeline set forth in TRAP 38.6(b).

8. It would offend traditional notions of fair play and substantial justice to: (i) allow Appellant to file an Appellant brief pro se never withdrawing same, (ii) knowingly allow the appellee timeline to run, (iii) require Appellee to file a reply brief, (iv) allow counsel for Appellant to claim Appellant did not have

authority to file an Appellant brief, and (v) allow Appellant to file a second Appellant brief.

9.     Therefore, Appellee respectfully requests this Court grant Appellee's Motion to Strike Brief of Appellant.

Respectfully submitted,

Wilfried P. Schmitz & Associates, P.C.

BY: _____
    Wilfried P. Schmitz
Texas Bar No. 17778700
17040 El Camino Real, Suite 400
Houston, Texas  77058
Phone:  (281) 486-5066
Email:  Court_Documents@schmitzlaw.com
Attorney for Jamil "James" Kantara

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing *Appellee's Response to Appellant's Response to Appellee's Motion to Strike Brief of Appellant* has this 23rd day of January, 2015, been sent pursuant to T.R.A.P. 9.5 (b)(1) by electronic mail, to the following:

Ashley Tomlinson
1800 Saint James Place, Suite 620
Houston, TX 77056
eserviceavt@dalefamilylaw.com

Douglas York
3355 W. Alabama, Suite 100
Houston, Texas 77098
york@douglasyork.com

Wilfried P. Schmitz